**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THOMAS J. ZIOL,

    Plaintiff,

v.                                                          Civil Action No. 9:22-cv-81341-AHS

COLLINS ASSET GROUP, LLC,

    Defendant,

_____/

**NOTICE OF SETTLEMENT**

    **PLEASE TAKE NOTICE** that Plaintiff, THOMAS J. ZIOL, and Defendant, COLLINS ASSET GROUP, LLC, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: September 28, 2022                    Respectfully submitted,

                                                             /s/ Alexander J. Taylor
                                                             Alexander J. Taylor, Esq.,
                                                             Of Counsel
                                                             Florida Bar No. 1013947
                                                             Sulaiman Law Group, Ltd.
                                                             2500 S. Highland Ave, Suite 200
                                                             Lombard, IL 60148
                                                            Telephone: (630) 575-8181
                                                            Facsimile: (630) 575-8188
                                                            ataylor@sulaimanlaw.com
                                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Florida by using the CM/ECF system.

                                            /s/ Alexander J. Taylor