UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

THOMAS J. ZIOL,

    Plaintiff,

v.                                            Civil Action No. 9:22-cv-81341-AHS

COLLINS ASSET GROUP, LLC,

    Defendant,

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

**NOW COMES** THOMAS J. ZIOL, ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court for an extension of time to file dismissal papers in connection with the settlement reached with Defendant COLLINS ASSET GROUP, LLC, ("Defendant"), and in support thereof, stating as follows:

1. Plaintiff and Defendant (collectively, the "parties") reached a settlement and have memorialized the terms of the settlement.

2. On September 28, 2022, Plaintiff filed a Notice of Settlement. [Dkt. 13]

3. On November 15, 2022, this Honorable Court entered an order administratively closing the case without prejudice to file a stipulation for dismissal by December 12, 2022. [Dkt. 18]

4. The Parties are still in the process of satisfying all their respective obligations as set forth by the terms of the settlement agreement

5. Specifically, the Settlement Agreement has not been fully executed and the settlement funds have not been received by the Plaintiff.

6. Based on the foregoing, the parties need an additional 45 days, through January 26, 2023, to consummate the settlement and file dismissal papers.

7. Plaintiff's counsel conferred with Defendant's counsel on December 12, 2022 regarding the relief sought herein and Defendant has no objection

8. The relief sought herein will not prejudice any of the Parties and is sought in good faith.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an order extending the deadline to file dismissal papers to January 26, 2023, and grant such other relief as the Court deems appropriate.

DATED: December 12, 2022                    Respectfully submitted,

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.,
Of Counsel
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Florida by using the CM/ECF system.

                    <u>/s/ Alexander J. Taylor</u>